UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 OCT 30 P 2: 25
U.S. DISTRICT COURT
BRIDGEPORT CT

DEAN DANIELS

v.

THOMAS O'BRIEN
MICHAEL WAGNER

PRISONER
CIVIL NO. 3:03cv302 (AVC)

## J U D G M E N T

This cause came on for consideration of the pro se complaint before the Honorable Alfred V. Covello, United States District Judge.

The Court has considered the complaint and all the papers submitted in connection with the complaint. On October 21, 2003, the Court filed its Ruling and Order dismissing the complaint pursuant 28 U.S.C. § 1915(e)(2)(B)(i).

It is therefore **ORDERED** and **ADJUDGED** that the complaint be dismissed prejudice pursuant 28 U.S.C. § 1915(e)(2)(B)(i) and the matter closed, in accordance with the Court's Ruling and Order.

Dated at Bridgeport, Connecticut this 30th of October, 2003.

KEVIN F. ROWE, Clerk

By _____
Cynthia Earle
Deputy Clerk

Entry on Docket _____